IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 21-4511 |
| TIMOTHY D. WARREN, and TITAN | : | |
| MEDICAL COMPLIANCE, LLC, | : | |
| | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this 6th day of June, 2022, upon consideration of defense counsel's May 26, 2022 letter request to withdraw as counsel, it is hereby **ORDERED** that:

1. Defense counsel's request for leave to withdraw as counsel for Defendants is **DENIED**.

2. Defendants shall file an answer to the Complaint by **July 6, 2022**. **No further extensions** will be granted.

3. Defendants are put on notice that defense counsel retains an obligation under Federal Rule of Civil Procedure 11(b) to only file pleadings that are factually and legally substantiated. As such, defense counsel cannot file an answer without Defendants' full and complete cooperation and willingness to provide the required information. If defense counsel cannot file an answer due to Defendants' lack of communication, lack of candor, or refusal to fully participate, counsel shall so notify the Court. Defendants are advised that default judgment may be entered against them and in favor of the Government if an answer is not filed due to Defendants' lack of cooperation.

3. After either the filing of an Answer or the entry of default against Defendants, defense counsel may renew his motion to withdraw as counsel.

BY THE COURT:

/s/ Mitchell S. Goldberg
**MITCHELL S. GOLDBERG, J.**