# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 21-4511 |
| TIMOTHY D. WARREN, and TITAN | : | |
| MEDICAL COMPLIANCE, LLC, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 13th day of July, 2022, upon consideration of Defendants' Motion to Change Venue to the District of Kansas (Doc. No. 27), Plaintiff's Response (Doc. No. 28), and Defendants' Reply (Doc. No. 29), it is hereby **ORDERED** that the Motion is **DENIED**.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**