**BREM MOLDOVSKY, ESQ.**
Email: brem@bremlaw.com
Admitted in NJ, NY and PA

Brem Moldovsky, L.L.C. was formed
in PA & Registered in NJ & NY

**BREM MOLDOVSKY L.L.C.**

**www.bremlaw.com**

**NEW YORK**
305 BROADWAY
SEVENTH FLOOR
NEW YORK, NY 10007

PHONE (212) 563-3370
FAX    (212) 563-3371

**PENNSYLVANIA**
100 NORTH 18TH STREET
SUITE 300
PHILADELPHIA, PA 19103

PHONE   (215) 546-9957
FAX     (215) 546-9942

July 14, 2022

**NEW JERSEY**
103 CARNEGIE CENTER
SUITE 300
PRINCETON, NJ 08540

PHONE  (201) 894-8930
FAX     (201) 894-8933

**Via Email (Chambers_of_Judge_Mitchell_S_Goldberg@paed.uscourts.gov)**
The Honorable Mitchell S. Goldberg
United States District Court
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse, Room 7614
601 Market Street
Philadelphia, Pennsylvania 19106-1797

Re:   USA v. Warren et al., Case #: 2:21-cv-04511-MSG

Dear Judge Goldberg:

This letter follows up my letter of yesterday to briefly explain that the Answer filed here was factually and legally substantiated. While we lacked the Defendants' cooperation recently, we had received a certain amount of cooperation earlier in this matter and the Answer was able to be prepared and filed based on that earlier cooperation. Still, the Answer would have done more to make specific and informed denials had the Defendants been cooperating recently. With proper recent cooperation the Answer would have been better and more helpful to the Defendants, but with what information we had from earlier cooperation an Answer that was sufficient (but not as good as it could have been) was able to be filed. As always, the undersigned can provide further information as helpful to the Court.

Respectfully submitted,

Brem Moldovsky, Esquire
Brem Moldovsky, L.L.C.
Attorney for Defendants

cc:   Counsel of Record
      Timothy Warren and Titan Medical Compliance (doctimm@titanmedcenter.com)