**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY D. WARREN, D.C. and TITAN MEDICAL COMPLIANCE, LLC,<br><br>Defendants. | : | Civil Action No. 21-4511 |

**DECLARATION OF DAWN WIGGINS**
**IN SUPPORT OF UNITED STATES' MOTION FOR DEFAULT JUDGMENT**
**AGAINST TIMOTHY D. WARREN, D.C. AND TITAN MEDICAL COMPLIANCE, LLC**

I, Dawn Wiggins, declare and state as follows:

1. I am over 21 years of age, and I am competent to make this declaration.

2. I am employed as an auditor with the United States Attorney's Office, Eastern District of Pennsylvania. I assist with investigating cases involving fraud against various federal programs, including Medicare.

3. In that capacity, I have access to claims data for the Medicare Program.

4. I have reviewed the Complaint in this case and also provided information about Medicare claims payments for P-Stim devices[1] caused by Defendants as alleged therein, including the representative examples of claims submitted to and paid by Medicare in Exhibit A to the Complaint.

[1] "P-Stim" in this declaration also refers to substantially equivalent AnSiStim and Stivax devices.

5. In paragraphs 145-222, the Complaint provides four representative examples of providers who submitted claims and were paid for those false P-Stim claims caused by Defendants' fraudulent reimbursement advice: (1) Neurosurgical Care, LLC; (2) Campbell Medical Clinic; (3) Align Health & Holistic Medical Center; and (4) A.C.W., Inc.

6. I have closely reviewed the Medicare claims data for those providers.

7. Neurosurgical Care, LLC submitted P-Stim claims to Medicare for dates of service in 2017 and 2018 under HCPCS code L8679, and was paid $384,527 for 62 claims.

8. Campbell Medical Clinic submitted P-Stim claims to Medicare for dates of service between 2016 and 2018 under HCPCS code L8679 and CPT code 64555, and was paid $3,901,202 for 716 claims.

9. Align Health & Holistic Medical Center submitted P-Stim claims to Medicare for dates of service between 2016 and 2019 under HCPCS code L8679 and CPT codes 63663, 64553, and 64555, and was paid $1,198,452 for 352 claims.

10. A.C.W., Inc. submitted P-Stim claims to Medicare for dates of service in 2016 and 2017 under HCPCS code L8679, and was paid $554,992 for 88 claims.

11. As all of these claims were for dates of service after November 2, 2015, the applicable minimum per claim penalty amount under the False Claims Act is $12,537.

12. Accordingly, applying the minimum penalty amount to the foregoing claims shows the following damages to Medicare caused by Defendants:

| **Provider** | **Number of Claims** | **Minimum Per Claim Penalty** | **Total Penalty** | **Amount Paid** | **Treble Damages for Amount Paid** | **Possible Total Damage Number (Trebles + Penalties)** |
|---|---|---|---|---|---|---|
| Neurosurgical Care, LLC | 62 | $12,537 | $777,294 | $384,527 | $1,153,581 | $1,930,875 |
| Campbell Medical Clinic | 716 | $12,537 | $8,976,492 | $3,901,202 | $11,703,606 | $20,680,098 |
| Align Health & Holistic Medical Center | 352 | $12,537 | $4,413,024 | $1,198,452 | $3,595,356 | $8,008,380 |
| A.C.W., Inc. | 88 | $12,537 | $1,103,256 | $554,992 | $1,664,976 | $2,768,232 |
| **Total:** | **1218** | | **$15,270,066** | **$6,039,173** | **$18,117,519** | **$33,387,585** |

13. Additionally, based on the results of the government's investigation, my analysis shows that Defendants caused the submission of 13,300 total P-Stim claims by various providers (including for the foregoing providers). Applying the $12,537 minimum penalty amount shows total penalties of $166,742,100, which does not include any treble damages but includes $83,383,587 in total penalties for code L8679 alone.

I declare under penalty of perjury the following is true and correct to the best of my knowledge and belief.

DAWN WIGGINS Digitally signed by DAWN WIGGINS
Date: 2022.09.28 13:31:40 -04'00'

Dawn Wiggins

September 28, 2022