**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY D. WARREN, D.C. and TITAN MEDICAL COMPLIANCE, LLC,<br><br>Defendants. | : | Civil Action No. 21-4511 |

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion for Default Judgment and attached declaration, and the entire record herein, including the well-pleaded facts in the Complaint which are accepted as true and undisputed by virtue of the Defendants' default, and for good cause shown, it is hereby:

ORDERED that Plaintiff's motion for default judgment is GRANTED,

ORDERED that default judgment is hereby entered in favor of the United States on its claim under the Federal False Claims Act set forth in Count I of the Complaint;

ORDERED that default judgment is hereby entered in favor of the United States on its claim under the Federal False Claims Act set forth in Count II of the Complaint;

ORDERED that the Clerk of Court is hereby directed to enter judgment in favor of the United States against Defendants Timothy D. Warren, D.C., and Titan Medical Compliance, LLC on a joint and several basis in the amount of $15,270,066 in civil penalties on its claims set forth above; and it is further

ORDERED that this action is hereby CLOSED absent further order of the Court

SIGNED:

____________________
Date

____________________________________
MITCHELL S. GOLDBERG
United States District Judge